PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JAN 1 1 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:23-po-00378-DB |
|---|---|---|
| Plaintiff, | ) | ORDER TO DISMISS |
| v. | ) | |
| JOSEPH D. TORRANCE, | ) | JUDGE: Hon. Deborah Barnes |
| Defendant. | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Violation Notices E1437158 and E1437159 under Case Number 2:23-po-00378-DB without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: January 11, 2024

*[signature]*

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE